UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:08-CR-66 RLM |
| ) | |
| RAYSHAWN ANTHONY HOLLOWAY ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on July 25, 2008 [Doc. No. 24]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Rayshawn Holloway's plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Indictment, in violation of 18 U.S.C. § 2133(a) and 2.

SO ORDERED.

ENTERED:  August 11, 2008

       /s/ Robert L. Miller, Jr.
Chief Judge, United States District Court
Northern District of Indiana